JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREADELL POLEE, III ) | Case No. CV 06-4636 DSF (VBKx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT OF DISMISSAL |
| CITY OF INGLEWOOD, et al. ) | |
| Defendants. ) | |
| _____ ) | |

The Court having previously issued two Orders to Show Cause re Dismissal, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: February 25, 2008

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge